UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY ANDERSON,<br><br>　　Plaintiff<br><br>v.<br><br>STEPHEN SMITH,<br><br>　　Defendants | Case No.: 3:24-cv-00356-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 3 |

Plaintiff has filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 1-1, 3.)

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's IFP application indicates that his take home wages are $3,100 per month; he has $3,100 in his checking or savings account, and he has no expenses or liabilities. Accordingly, he has not demonstrated that he is unable to pay the filing fee.

As such, Plaintiff's IFP application (ECF No. 3) is **DENIED WITHOUT PREJUDICE**. Plaintiff has **30 days** from the date of this Order to either pay the $405 filing fee *or* submit a completed IFP application for a non-prisoner on the court's long form, signed under penalty of perjury, demonstrating that he is unable to pay the filing fee.

The Clerk shall **SEND** Plaintiff the instructions and long form IFP application for a non-prisoner.

1    If Plaintiff fails to timely pay the $405 filing fee or file a completed IFP application on
2 the court's long form, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: September 16, 2024

                                                                    _____
                                                                    Craig S. Denney
                                                                    United States Magistrate Judge