UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY ANDERSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN SMITH, *et al.*,<br><br>　　　　　　　　Defendant. | Case No. 3:24-cv-00356-ART-CSD<br><br>ORDER<br><br>(ECF No. 5) |

Plaintiff Jerry Anderson filed a *pro se* civil rights suit against Defendant Stephen Smith and others. Plaintiff filed an application to proceed *in forma pauperis* (IFP), which Magistrate Judge Denny dismissed without prejudice because Plaintiff did not include any expenses or liabilities to offset his income. (ECF No. 4.) Magistrate Judge Denney instructed Plaintiff to pay the filing fee or submit a complete IFP application on the Court's long form by October 16, 2024. (*Id.*) Magistrate Judge Denney's order warned that a failure to pay the filing fee or file a completed IFP application would result in a recommendation to dismiss Plaintiff's suit without prejudice. (ECF No. 4.) Plaintiff did not respond.

Magistrate Judge Denney issued a Report and Recommendation (R&R) recommending dismissal on October 29, 2024. (ECF No. 5.) The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Plaintiff has not objected.

The Court therefore adopts the R&R (ECF No. 5), dismisses Plaintiff's complaint (ECF No.1) without prejudice, and instructs the Clerk to close the case.

DATED THIS 20th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1